No. 452. WAGNER *v.* LEENHOUTS ET AL. Jurisdictional statement submitted October 22, 1932. Decided November 7, 1932. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the reason that the judgment of the state court here sought to be reviewed was based upon a non-federal ground adequate to support it. *McCoy* v. *Shaw,* 277 U. S. 302, 303; *Arneson* v. *United Irrigation Co.,* 284 U. S. 592, 593; *Potter* v. *Maybury,* 284 U. S. 593, 594; *Ellison Ranching Co.* v. *Bartlett,* 284 U. S. 598. Mr. *Fred R.*

*Wright* for appellant. *Messrs. John W. Reynolds, Herbert H. Naujoks,* and *C. Stanley Perry* for appellees.